# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

v.     *     Criminal Case No. GLR-23-0117

DARIUS GILCHRIST     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAW APPEARANCE

Please withdraw the appearance of Shari Silver Derrow, Assistant Federal Public Defender, as counsel for Darius Gilchrist in the above-reference matter. I filed a notice of my appearance on May 4, 2023 and will continue as defense counsel in this case.

July 11, 2023
Date

Respectfully submitted,

JAMES WYDA
Federal Public Defender

/s/
SEDIRA BANAN, #804827
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-3976
Email: sedira_banan@fd.org

APPROVED,

_[signature]_ 7/13/2023

Hon. George L. Russell, III
United States District Judge